# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE: : NO. 539
:
APPOINTMENT TO THE MINOR COURT : MAGISTERIAL RULES DOCKET
RULES COMMITTEE :
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 26th day of March, 2024, the Honorable Gregory O. Yorgey-Girdy, Philadelphia, is hereby appointed as a member of the Minor Court Rules Committee for a term expiring October 1, 2028.